# EXHIBIT A

| EISID | LNAME | FNAME | DATE | EVENT | DESCRIPTION | CK DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | LOUIS | QUADINA | 10/18/2021 | OT0BL | 60BLK @100% | 11/10/2021 | 86.22 |
| | LOUIS | QUADINA | 10/19/2021 | OT0BL | 60BLK @100% | 11/10/2021 | 86.22 |
| | LOUIS | QUADINA | 10/20/2021 | OT0BL | 60BLK @100% | 11/10/2021 | 86.22 |
| | LOUIS | QUADINA | 10/21/2021 | OT0BL | 60BLK @100% | 11/10/2021 | 86.22 |
| | LOUIS | QUADINA | 10/22/2021 | OT0BL | 60BLK @100% | 11/10/2021 | 86.22 |
| | LOUIS | QUADINA | 10/25/2021 | OT0BL | 60BLK @100% | 11/10/2021 | 48.57 |
| | LOUIS | QUADINA | 10/26/2021 | OT0BL | 60BLK @100% | 11/10/2021 | 63.23 |
| | LOUIS | QUADINA | 10/27/2021 | OT0BL | 60BLK @100% | 11/24/2021 | 43.11 |
| | LOUIS | QUADINA | 10/28/2021 | OT0BL | 60BLK @100% | 11/24/2021 | 57.48 |
| | LOUIS | QUADINA | 10/29/2021 | OT0BL | 60BLK @100% | 11/24/2021 | 57.48 |
| | LOUIS | QUADINA | 11/1/2021 | OT0BL | 60BLK @100% | 11/24/2021 | 49.58 |
| | LOUIS | QUADINA | 11/3/2021 | OT0BL | 60BLK @100% | 11/24/2021 | 45.55 |
| | LOUIS | QUADINA | 11/4/2021 | OT0BL | 60BLK @100% | 11/24/2021 | 57.48 |
| | LOUIS | QUADINA | 11/5/2021 | OT0BL | 60BLK @100% | 11/24/2021 | 57.48 |
| | LOUIS | QUADINA | 11/9/2021 | OT0BL | 60BLK @100% | 11/24/2021 | 57.48 |
| | LOUIS | QUADINA | 11/10/2021 | OT0BL | 60BLK @100% | 12/9/2021 | 57.48 |
| | LOUIS | QUADINA | 11/12/2021 | OT0BL | 60BLK @100% | 12/9/2021 | 57.48 |
| | LOUIS | QUADINA | 11/15/2021 | OT0BL | 60BLK @100% | 12/9/2021 | 57.48 |
| | LOUIS | QUADINA | 11/16/2021 | OT0BL | 60BLK @100% | 12/9/2021 | 57.48 |
| | LOUIS | QUADINA | 11/17/2021 | OT0BL | 60BLK @100% | 12/9/2021 | 57.48 |
| | LOUIS | QUADINA | 11/18/2021 | OT0BL | 60BLK @100% | 12/9/2021 | 57.48 |
| | LOUIS | QUADINA | 11/19/2021 | OT0BL | 60BLK @100% | 12/9/2021 | 57.48 |
| | LOUIS | QUADINA | 11/22/2021 | OT0BL | 60BLK @100% | 12/9/2021 | 57.48 |
| | LOUIS | QUADINA | 11/23/2021 | OT0BL | 60BLK @100% | 12/9/2021 | 57.48 |
| | LOUIS | QUADINA | 11/24/2021 | OT0BL | 60BLK @100% | 12/23/2021 | 57.48 |
| | LOUIS | QUADINA | 11/30/2021 | OT0BL | 60BLK @100% | 12/23/2021 | 57.48 |
| | LOUIS | QUADINA | 12/1/2021 | OT0BL | 60BLK @100% | 12/23/2021 | 57.48 |
| | LOUIS | QUADINA | 12/2/2021 | OT0BL | 60BLK @100% | 12/23/2021 | 57.48 |
| | LOUIS | QUADINA | 12/3/2021 | OT0BL | 60BLK @100% | 12/23/2021 | 57.48 |
| | LOUIS | QUADINA | 12/6/2021 | OT0BL | 60BLK @100% | 12/23/2021 | 57.48 |