# EXHIBIT B

| | |
|---|---|
| **From:** | Kolesnik Lyudmila |
| **To:** | Weekes Brian |
| **Subject:** | RE: Quadina Louis - Stop Payment Requests |
| **Date:** | Wednesday, May 4, 2022 3:59:35 PM |

You are welcome

**From:** Weekes Brian <BWeekes2@schools.nyc.gov>
**Sent:** Wednesday, May 04, 2022 3:59 PM
**To:** Kolesnik Lyudmila <LKolesnik@schools.nyc.gov>
**Subject:** RE: Quadina Louis - Stop Payment Requests

Thanks, Lucy.

Thanks,
**Brian Weekes**
Senior Director - Human Resources
Office of Food & Nutrition Services
**NYC Department of Education**
44-36 Vernon Blvd. Room 406, Long Island City, NY 11101

**From:** Kolesnik Lyudmila <LKolesnik@schools.nyc.gov>
**Sent:** Wednesday, May 4, 2022 3:58 PM
**To:** Weekes Brian <BWeekes2@schools.nyc.gov>
**Subject:** RE: Quadina Louis - Stop Payment Requests

Brian,

2 Stop payments done and sent to OPA on 05/04/22.

Thank you

Lucy

**From:** Weekes Brian <BWeekes2@schools.nyc.gov>
**Sent:** Wednesday, May 04, 2022 3:25 PM
**To:** Kolesnik Lyudmila <LKolesnik@schools.nyc.gov>
**Cc:** Romano Anna <ARomano11@schools.nyc.gov>; louisqua75@gmail.com; Weekes Brian <BWeekes2@schools.nyc.gov>
**Subject:** Quadina Louis - Stop Payment Requests

Good afternoon Lucy,

Per our conversation, please place a stop payment on the 2 checks below issued to Quadina Louis.

- Quadina Louis
- EIS: ■
- ■
- School Lunch Helper
- ■
- ■
- Q45175079 dated 11/10/21 and Q45179811 dated 11/24/21

Thanks,
**Brian Weekes**
Senior Director - Human Resources
Office of Food & Nutrition Services
**NYC Department of Education**
44-36 Vernon Blvd. Room 406, Long Island City, NY 11101

| | |
|---|---|
| **From:** | Weekes Brian |
| **To:** | Kolesnik Lyudmila |
| **Cc:** | Romano Anna; Mitchell Derek; Goodman Andrew |
| **Subject:** | FW: Lost checks |
| **Date:** | Wednesday, June 1, 2022 3:16:37 PM |
| **Attachments:** | Lost check.msg |
| | Lost check.msg |
| | RE Quadina Louis - Stop Payment Requests.msg |

Hi Lucy,

I hope all is well.

Can you confirm for me what OPA has received back from this employee concerning the 2 stop payments contained in the attached email between me and you dated 5/4/22? The employee is stating below that she received an email claiming only one document was received. Unfortunately, I don't know who sent the email to her.

Thanks,

**Brian Weekes**
Senior Director - Human Resources
Office of Food & Nutrition Services

**NYC Department of Education**
44-36 Vernon Blvd. Room 406, Long Island City, NY 11101

---

**From:** Mitchell Derek <DMitche4@schools.nyc.gov>
**Sent:** Wednesday, June 1, 2022 2:40 PM
**To:** Weekes Brian <BWeekes2@schools.nyc.gov>
**Cc:** Goodman Andrew <AndrewG@schools.nyc.gov>
**Subject:** FW: Lost checks

Hi Brian,

Please see below and attached from D-13 SLH, Quadina Louis (EIS# ███████ ).

Do you know what's happening with her Check?

FYI – I've already informed Mrs. Louis:

- The overtime she requested was not approved, because Andrew had already sent an additional sub employee to the school on that day.
- We had continued to reassign permanent employees to fill absences until fairly recently, when we had enough labor

Thanks,
Derek

**From:** Lisa Louis <███████████████████>
**Sent:** Wednesday, June 01, 2022 9:24 AM
**To:** Mitchell Derek <DMitche4@schools.nyc.gov>

**Subject:** Lost checks

Quadina Louis EIS#

Good morning I was hired on October 5 2021 i never received my first training check neither my first paycheck due to payroll sending it to a address i lived 12 years ago I was told in order to replace it I have to stop payment which I finally did with Mr.Brain weeks i was sent 2 affidavit to notorized

I returned the affidavit on 5-19-2022 I got a email stating they received it in the payroll department now I'm receiving a email stating only one was receive please help me understand what's going on this isn't the first incident where I'm feeling targeted my ps9 experience (Goodman not approving the extra hr) me having to wait long pass my 120 probation to still have to float around I'm very disappointed that this type of things goes on can you please help me to make sense of it

Thank you in advance Ms.Louis